UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAMON JONES,

                Plaintiff,        22-cv-6766 (JGK)

  - against -                   ORDER

MAGIC DARTS, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 4, 2022.

SO ORDERED.

Dated:    New York, New York
           September 20, 2022

                                            John G. Koeltl
                                   United States District Judge