```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAMON JONES,
                        Plaintiff,
                                                                    22 civ 6766 (JGK)
        -against-

MAGIC DARTS, INC.,
                        Defendants.
-----------------------------------------------------------X
```

## ORDER

A scheduling order having been entered on October 4, 2022,

The October 12, 2022 conference is canceled.

**SO ORDERED.**

                                                                                                  JOHN G. KOELTL
                                                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 4, 2022