```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------
DAMON JONES,

                Plaintiff,

         - against -

MAGIC DARTS, INC.,

                Defendant.
------------------------------------------------------------

22-cv-6766 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On October 4, 2022, the Court approved the parties' proposed scheduling order, which required the parties to advise the Court by November 10, 2022 whether a reference to the Magistrate Judge would be useful for purposes of settlement and whether they would consent to trial before the Magistrate Judge. ECF No. 11 at 2. The scheduling order also directed the parties to submit any dispositive motions by January 28, 2023 and a joint pretrial order, together with any motions in limine or motions to bifurcate, by February 9, 2023. Id. at 1. The parties were directed to be ready for trial on 48 hours' notice on or after March 1, 2023.

    After the scheduling order, however, the parties have not submitted anything to the Court. Accordingly, the parties are directed to submit by **Friday, February 17, 2023** a letter updating the Court on the status of this case, including whether the parties consent to trial before the Magistrate Judge. The

time for the parties to submit a joint pretrial order and motions in limine or motions to bifurcate is extended to **March 10, 2023,** and the ready-trial date is extended to **April 3, 2023.**

SO ORDERED.

Dated:   New York, New York
         February 13, 2023

                                    _____
                                          John G. Koeltl
                                    **United States District Judge**