UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES,

                Plaintiff,

    - against -

MAGIC DARTS, INC.,

                Defendant.

22-cv-6766 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On February 13, 2023, the Court directed the parties to update the Court on the status of this case by February 17, 2023. ECF No. 13. The parties have not done so. The time for the parties to submit their update letter is extended to **March 3, 2023**. If the parties do not submit a letter by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           February 23, 2023

                                          John G. Koeltl
                                     United States District Judge